[Nos. 31529-1-III; 31563-1-III.   Division Three.   September 13, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK EUGENE
BRUGNONE ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for
Yakima County, No. 11-1-00986-1, Ruth E. Reukauf, J.,
entered March 8, 2013. *Affirmed* by unpublished opinion
per Korsmo, J., concurred in by Siddoway and Pennell, JJ.

[No. 33114-8-III.   Division Three.   September 13, 2016.]

RICK A. HOLMAN ET AL., *Respondents*, v. BRIAN W. BRADY
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 13-2-00993-0, Kathleen M. O'Connor, J.,
entered December 19, 2014. *Affirmed in part, reversed in
part*, and *remanded with instructions* by unpublished opin-
ion per Siddoway, J., concurred in by Fearing, C.J., and
Korsmo, J.

[No. 33416-3-III.   Division Three.   September 13, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN K. YOUNG,
*Appellant*.

Appeal from a judgment of the Superior Court for Asotin
County, No. 14-1-00125-0, Scott D. Gallina, J., entered May
18, 2015. *Affirmed in part* and *remanded with instructions*
by unpublished opinion per Korsmo, J., concurred in by
Fearing, C.J., and Siddoway, J.

[No. 33096-6-III.   Division Three.   September 15, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAVIER OROZCO,
*Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 14-1-00044-1, John D. Knodell III, J., entered
January 13, 2015. *Affirmed* by unpublished opinion per
Korsmo, J., concurred in by Fearing, C.J., and Siddoway, J.